**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000570
11-APR-2017
10:08 AM**

NOS. CAAP-15-0000570 & CAAP-15-0000860

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JAPAN BUSINESS SERVICE CO., LTD., a Japanese Corporation;
ASI HAWAII, INC., a Hawaii Corporation; JAPAN AIRPORT
SERVICE CO., LTD., a Japanese Corporation, Plaintiffs-Appellants,
v. KYOKO SANO formally known as KYOKO KOBAYASHI; YOSHIMI
KOBAYASHI formally known as YOSHIMI KIMURA; Defendants-Appellees,
and JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20;
DOE CORPORATIONS 1-20; DOE GOVERNMENTAL ENTITIES 1-20, Defendants

and

JAPAN BUSINESS SERVICE CO., LTD., a Japanese Corporation;
ASI HAWAII, INC., a Hawaii Corporation; JAPAN AIRPORT SERVICE
CO., LTD., a Japanese Corporation; Petitioners-Appellants,
v. NOBORU KOBAYASHI; NANKO KOBAYASHI; KYOKO SANO formally known
as KYOKO KOBAYASHI; KATSUHIKO SANO; YOSHIMI KOBAYASHI
formally known as YOSHIMI KIMURA, Respondents-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-3292-12 (KKS) and
S.P. NO. 13-1-0221 (KKS))

ORDER GRANTING IN PART MOTION TO DISMISS APPEAL
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Appellants' Motion to Dismiss
Appeal filed herein on April 7, 2017, and the records and files
herein,

IT IS HEREBY ORDERED that said motion is granted in part and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, April 11, 2017.

On the motion:

Junsuke Aaron Otsuka,
(Otsuka & Associates),
for Plaintiffs-Appellants.

Chief Judge

Associate Judge

Associate Judge

2